United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GRUSHEN,

    Plaintiff,

    v.

Warden HEDGPETH; et al.,

    Defendants.
                                      /

No. C 12-1860 SI (pr)

**ORDER OF DISMISSAL**

The court reviewed the *pro se* prisoner's civil rights complaint under 28 U.S.C. § 1915A and dismissed it with leave to amend. In the same order, the court explained that plaintiff's *in forma pauperis* application was incomplete because he had not complied with the statutory requirement to "submit a certified copy of the trust account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2). The court ordered plaintiff to file the materials needed to complete his *in forma pauperis* application no later than August 10, 2012, and cautioned that "[f]ailure to file the required materials will result in the dismissal of this action." Docket # 5, pp. 4-5. Plaintiff never filed the required materials and the deadline by which to do so has long passed. Accordingly, the *in forma pauperis* application is DENIED because it is incomplete. (Docket # 2.) This action is DISMISSED without prejudice for failure to file a completed *in forma pauperis* application or pay the filing fee. The clerk shall close the file.

IT IS SO ORDERED.

Dated: March 13, 2013

                                                  _____
                                                  SUSAN ILLSTON
                                                  United States District Judge