**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH GRUSHEN, | No. C 12-1860 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Warden HEDGPETH; et al., | |
| Defendants. / | |

This action is dismissed without prejudice because plaintiff failed to file a completed *in forma pauperis* application or pay the filing fee.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 13, 2013

_____
SUSAN ILLSTON
United States District Judge